THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Seth McAlister,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2004-UP-329
Submitted March 19, 2004  Filed May 
 14, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

 PER CURIAM:  Seth McAlister was 
 convicted of assault on a correctional facility employee, and the circuit court 
 sentenced him to five years imprisonment, suspended on service of three years 
 imprisonment and three years probation.  Additionally, McAlister pled guilty 
 to aggravated criminal domestic violence and malicious injury to property and 
 was sentenced to ten years imprisonment for aggravated criminal domestic violence, 
 suspended on service of six years imprisonment and three years probation, and 
 thirty days imprisonment for malicious injury to property, the sentences to 
 run concurrently with one another and the sentence for assault on a correctional 
 facility employee.  Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 McAlisters counsel attached a petition to be relieved.  McAlister did not file 
 a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss McAlisters appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.